NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 20 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDI MARISOL TEJADA-RAMIREZ; CESAR OSMIN ALFARO-TEJADA, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-71460 <br><br> Agency Nos.    A094-917-169 <br>                A094-917-170 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 1, 2013[**]

Before:    GRABER, WARDLAW, and PAEZ, Circuit Judges.

Wendi Marisol Tejada-Ramirez and Cesar Osmin Alfaro-Tejada, natives and

citizens of El Salvador, petition for review of the Board of Immigration Appeals'

("BIA") order dismissing their appeal from an immigration judge's decision

denying their application for asylum, withholding of removal, and relief under the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review factual findings for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's conclusions that Petitioners did not experience past persecution and that their fear of future harm is too speculative to succeed.  *See Nagoulko v. INS*, 333 F.3d 1012, 1016 (9th Cir. 2003).  Thus, Petitioners are not entitled to asylum or withholding of removal.

Substantial evidence also supports the denial of CAT relief because Petitioners failed to establish that it is more likely than not that they would be tortured if they return to El Salvador.  *See Silaya v. Mukasey*, 524 F.3d 1066, 1073 (9th Cir. 2008).

**PETITION FOR REVIEW DENIED.**